UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRACY BRUNSON,

                Plaintiff,                      <u>COMPLAINT</u>

    -against-

                                              PLAINTIFF DEMANDS
                                              <u>TRIAL BY JURY</u>

THE LONG ISLAND RAILROAD COMPANY,

                Defendant.
-----------------------------------------------------------------X

      Plaintiff, by his attorney, FREDRIC M. GOLD PC, complaining of the defendant, respectfully shows to this Court and alleges:

      1. The action herein arises under the Federal Employer's Liability Act (45 U.S.C. Sec. 51 et al.).

      2. Upon information and belief and at all times herein mentioned, the defendant was a public benefit corporation organized and existing under and by virtue of the laws of the State of New York.

      3. Upon information and belief and at all times herein mentioned, the defendant had been and still is doing business in the County of Nassau, State of New York, within the jurisdiction of this Court.

4. At all times herein mentioned, the defendant was and now is a common carrier by rail engaged in interstate commerce between different states in the United States.

5. That on or about April 15, 2015 and prior thereto and continuing and at all times hereinafter mentioned the defendant employed the plaintiff in furtherance of its business in interstate commerce.

6. That on or about April 15, 2015 and prior thereto and continuing and at all times hereinafter mentioned, the defendant maintained and controlled railroad operations which included the Hillside Maintenance Facility, in the County of Queen in the State of New York, including offices, tracks, rails, tunnels, switches, sidings, roadbeds and appurtenances thereto, over through and upon which the defendant operated its engines, trains and cars under its direction and control.

7. That on or about April 15, 2015 and prior thereto and continuing and at all times hereinafter mentioned, while the plaintiff, as an employee of the defendant, was in the performance of his duties as a Car Repairman at or near the aforesaid location, he was caused to sustain severe and disabling injuries as a result of the negligence, carelessness and recklessness of the defendant in failing to provide him with a safe place in which to work as hereinafter set forth.

8. That on or about April 15, 2015 and prior thereto, while the plaintiff was working as a car repairman he was required to use various types of vibrating power tools including but not limited to impact guns and power drills and prolonged exposure to vibration trauma which caused the plaintiff to sustain serious right shoulder injuries.

9. That said accident and resulting injuries to the plaintiff were caused solely by reason caused solely by reason of the negligence, carelessness and recklessness of the defendant, its agents, servants and/or employees' in failing to exercise due care and diligence; in failing to provide plaintiff with a safe place to work and safe equipment with which to work; in failing to promulgate safety rules and procedures for activities carried out by their personnel at the aforesaid place; in failing to warn plaintiff of the existence of the dangers involved in the performance of his duties as a Car Repairman; in failing to make proper and adequate provisions for the safety of plaintiff; in failing to provide padded gloves or other protective equipment to minimize the possible impact from prolonged exposure to vibrating power tools; in failing to maintain power tools in proper working order; failing to provide proper training for the use of vibrating power tools and failing to promulgate and enforce proper and safe rules for the safe conduct of the work operation of the railroad.

10. That the said injuries were incurred while the plaintiff was acting in furtherance of interstate commerce, or in work substantially affecting the same.

11. That the plaintiff was damaged in a sum in excess of SEVENTY-FIVE THOUSAND ($75,000.00).

WHEREFORE, plaintiff demands judgment against defendant THE LONG ISLAND RAILROAD COMPANY, in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) together with costs and disbursements.

Dated: New York, New York
April 15, 2016

> FREDRIC M. GOLD, PC
> Attorney for Plaintiff
>
> _____
> By: Fredric M. Gold (3286)
> 450 Seventh Avenue
> New York, New York 10123
> 212.244.2740

To: The Long Island Railroad Company
Legal Department
Jamaica Station
Jamaica, New York 11435